December 29, 1970

No. 70–70  Johnnie R. Armes, Formerly PVT, U. S. Army v United States.

ORDERED:
That said Amended Petition be, and the same is, hereby dismissed.

March 15, 1971

No. 71–11  Paul P. Dunn, CWO, U. S. Air Force (Ret.) v COL John F. Skaggs, Jr., Commander, TUSLOG Detachment 118, Izmir Common Defense Installation, Turkey, et al. (J. DARDEN would dismiss the Petition solely because the relief requested is not in aid of this Court's jurisdiction.)

March 19, 1971

No. 71–15  Walter Raymond Wirth, BM3, U. S. Navy v Commanding Officer, USS Joseph Hewes (DE–1078).

ORDERED:
That said Petition be, and the same is, hereby dismissed.

April 2, 1971

No. 71–17  Walter L. Anderson, PVT, U. S. Army v MG Robert C. Taber, Commanding General, 3d Infantry Division; LT COL M. H. DeFord, Staff Judge Advocate, 3d Infantry Division; MAJ Hector Lopez, Correctional Officer, U. S. Forces, Confinement Facility, Mannheim, Germany, et al.

ORDERED that said Petition be, and the same is hereby, denied without prejudice to the right of petitioner to raise the issues presented, when and if the pending charges are referred to trial.  Hallinan v Lamont, 18 USCMA 652 (1968); United States v Nelson, 18 USCMA 177, 39 CMR 177 (1969).

(J. DARDEN would dismiss the Petition for no relief sought therein is in aid of this Court's jurisdiction.)